NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAWSON FINANCIAL CORPORATION, )
)
     Appellant, )
)
v. )     Case No. 2D18-2147
)
THE ADVENTURE GROUP )
REVOCABLE LIVING TRUST, )
)
     Appellee. )
_____)

Opinion filed June 14, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Alan J. Perlman and Vijay G. Brijbasi of
Dickinson Wright PLLC, Fort Lauderdale,
for Appellant.

Eric E. Ludin of Tucker & Ludin, P.A., St.
Petersburg, for Appellee.


PER CURIAM.


     Affirmed.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.